UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 05-20233-CIV-HUCK / Simonton

ZAIDA PENA,

    Plaintiff and similarly situated
    individuals,

vs.

HODICA SECURITY PARKING, INC.,
a Florida corporation, JORGE NEGRIN,
an individual, and MALBIA NEGRIN,
an individual,

    Defendants.
_____/

**CLOSED CIVIL CASE**

### ORDER APPROVING SETTLEMENT, MUTUAL RELEASE AND NON-DISCLOSURE AGREEMENT AND DISMISSING WITH PREJUDICE

THIS CAUSE having come before the Court upon Defendants' request for approval of the Settlement, Mutual Release and Non-Disclosure Agreement, and the Court having reviewed the terms of the Agreement and being otherwise fully advised in the premises, the Court finds:

1. Plaintiff's Complaint involves claims for overtime arising under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.* ("FLSA").

2. Plaintiff and Defendants have amicably settled all the controversies involved in this case. The essential elements of the settlement are described in the Settlement, Mutual Release and Non-Disclosure Agreement.

3. Plaintiff and Defendants have stipulated, and the Court finds, that the settlement is a fair and reasonable settlement of the controversies involved in this case



101264_1

and comports with the policies underlying the FLSA.

Therefore, it is

ORDERED AND ADJUDGED:

1.   The Settlement, Mutual Release and Non-Disclosure Agreement executed by the Parties is APPROVED.

2.   The case is DISMISSED With Prejudice.

3.   The Settlement, Mutual Release and Non-Disclosure Agreement is returned to counsel for Defendants. *All pending motions are denied as moot. The Clerk shall close this case.*

4.   The Court retains jurisdiction to enforce the Settlement.

DONE AND ORDERED in Chambers in Miami, Miami-Dade County, Florida, this 18th day of May, 2005.

_____
U.S. DISTRICT COURT JUDGE

Rodolfo Gomez, Esquire    305.442.1578
Gary A. Costales, Esquire  305.373.2735

101264_1

## ZAIDA PENA v. HODICA SECURITY PARKING, INC., et al.

### CASE NO.: 05-20233-CIV-HUCK / Simonton

### SERVICE LIST

Gary A. Costales, Esquire
Gary A. Costales, P.A.
1401 Brickell Avenue, Suite 825
Miami, Florida 33131
Tel:   305.779.8102
Fax:   305.373.2735
Counsel for Plaintiff


Rodolfo Gomez, Esq.
Allen, Norton & Blue, P.A.
121 Majorca Avenue
Coral Gables, Florida 33134
Tel.   305.445.7801
Fax:   305.442.1578
Rgomez@anblaw.com
Counsel for Defendants

101264_1